```
                  UNITED STATES DISTRICT COURT
                  MIDDLE DISTRICT OF TENNESSEE
                       NASHVILLE DIVISION
```

ANDRE DESCHAMPS,                      )
                                      )
        Plaintiff                     )
                                      )
v.                                    )    No.  3:12-0086
                                      )    Judge Sharp/Bryant
BRIDGESTONE AMERICAS, INC.            )
SALARIED EMPLOYEES RETIREMENT         )
PLAN, *et al.*,                       )
                                      )
        Defendants                    )

## O R D E R

The parties have filed their Joint Motion to Amend Scheduling Order (Docket Entry No. 29), by which they seek extensions of deadlines to file and brief a dispositive motion.

This motion is **GRANTED**, but the undersigned Magistrate Judge will be required to shorten the briefing deadlines somewhat in order to conform with the local rule requiring that there be at least 90 days between completion of briefing on any dispositive motion and the trial date. Accordingly, any dispositive motion shall be filed no later than **October 16, 2013**. A response shall be filed within **22 days** after the filing of the motion and, in any event, no later than **November 7, 2013**. A reply, limited to **five pages**, shall be filed within **seven days** of the filing of the response and, in any event, no later than **November 14, 2013.**

It appears from the parties' joint motion that Defendants have now taken the discovery deposition of the Plaintiff.

Therefore, the **Clerk** is directed to terminate Defendants' earlier motion to amend scheduling order (Docket Entry No. 27) as **MOOT**.

It is so **ORDERED**.

/s/ John S. Bryant
JOHN S. BRYANT
United States Magistrate Judge