# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | | |
|---|---|---|
| ANDRE DESCHAMPS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.  3:12-0086 |
| | ) | |
| BRIDGESTONE AMERICAS, INC. | ) | Judge Sharp |
| SALARIED EMPLOYEES | ) | |
| RETIREMENT PLAN, BRIDGESTONE | ) | Magistrate Judge Bryant |
| AMERICAS HOLDING, INC. and | ) | |
| BRIDGESTONE AMERICAS, INC., | ) | |
| | ) | |
| Defendants. | ) | |

## AGREED ORDER

In its September 9, 2015 Order, the Court ordered that Plaintiff is entitled to an award of back pension benefits, (Doc. No. 78), reserving an award of a specific amount for a later date.  On April 4, 2017, the Court held a status conference, during which the parties informed the Court that they had reached an agreement as to the calculation of the back pension benefits referenced in the Court's September 9, 2015 Order.

The parties agree that Plaintiff's back pension benefits are $30,018.10, less applicable withholdings.  Accordingly, based on the parties' agreement, the Court directs the Bridgestone Americas, Inc. Salaried Employees Retirement Plan to make a payment to Plaintiff in the total gross amount of $30,018.10, less applicable withholdings, in satisfaction of Plaintiff's back pension benefits.   This payment will be made to Plaintiff on the date of the next pension payroll cycle.

ENTERED this __14th__ day of April, 2017.

_Kevin H. Sharp_
_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE

APPROVED FOR ENTRY:

s/ John E. B. Gerth
Robert E. Boston (BPR #9744)
John E. B. Gerth (BPR #024439)
Waller Lansden Dortch & Davis, LLP
511 Union Street, Suite 2700
Nashville, TN 37219
(615) 244-6380 (telephone)
(615) 244-6804 (facsimile)
E-mail: bob.boston@wallerlaw.com
       jeb.gerth@wallerlaw.com

*Attorneys for Defendants*

s/ Karla M. Campbell
Robert Jan Jennings (BPR #1536)
Karla M. Campbell (BPR #27132)
Branstetter, Stranch & Jennings
The Freedom Center
223 Rosa Parks Avenue, Suite 200
Nashville, TN 37203
((615) 254-8801 (telephone)
(888) 453-0545 (facsimile)
E-mail: janj@bsjfirm.com
       karlac@bsjfirm.com

*Attorneys for Plaintiff*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and exact copy of the foregoing has been served via the Court's ECF filing system upon the following counsel for defendants, on this the 10th day of April, 2017.

Robert E. Boston
John E. B. Gerth
WALLER LANSDEN DORTCH & DAVIS, LLP
511 Union Street, Suite 2700
Nashville, TN 37219

*Attorneys for Defendants*

/s/ Karla M. Campbell
Karla M. Campbell

{004476/10327/00419199.DOCX / Ver.1}4841-4323-4118.1