IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION


ANDRE DESCHAMPS          )
                         )
v.                       ) NO. 3-12-CV-0086
                         ) JUDGE TRAUGER
BRIDGESTONE AMERICAS, INC.  )
SALARIED EMPLOYEES       )
RETIREMENT PLAN, et al.   )


ORDER

Pending before the court is a Joint Motion to Alter or Amend Judgment (Docket No. 97).

The parties ask the court to vacate an Order which was previously entered in this case by former U.S.

District Judge Kevin H. Sharp.

The Joint Motion is GRANTED, and the Order dated March 30, 2017 (Docket No. 92) is

VACATED, all remaining issues regarding attorneys' fees and costs having been resolved by the

parties.

IT IS SO ORDERED.

_____
ALETA A. TRAUGER
UNITED STATES DISTRICT JUDGE